JS - 6

FILED: 7/25/14

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Angelica Ramos,* | CASE NO. SACV 13-1140-GHK (AJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *Orange County Sheriff's Department, et al.,* | |
| Defendants. | |

Pursuant to the Court's July 25, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Orange County Sheriff's Department and Jeffrey Hewitt are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 25, 2014

_____
GEORGE H. KING
Chief United States District Judge